FERRAL C. DINNINY, as Surviving Partner of the BUTLER COL-LIERY COMPANY, Respondent, *v.* JOSEPH E. GAVIN et al., Appellants.

*Dinniny* v. *Gavin,* 4 App. Div. 298, affirmed.
(Argued May 9, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 29, 1896, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*John Cunneen* for appellants.

*John A. Reynolds* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except O'BRIEN and HAIGHT, JJ., dissenting.

---

JULIA E. ROGERS, Respondent, *v.* THE TRUSTEES OF THE NEW YORK AND BROOKLYN BRIDGE, Appellant.

*Rogers* v. *New York & Brooklyn Bridge,* 11 App. Div. 141, affirmed.
(Argued May 10, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 5, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*James C. Bergen* for appellant.

*James D. Bell* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except O'BRIEN, J., dissenting.